Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:
JAMES RUTHERFORD

Mark R. Stapke, Esq. (SBN 108676)
mstapke@stapkelaw.com
Sandra J. Gamboa, Esq. (SBN 225448)
sgamboa@stapkelaw.com
**STAPKE LAW, LLP**
100 Wilshire Blvd, Suite 700
Santa Monica, CA 90401
Tel: (310) 917-1015 / Fax: (310) 230-7800

Attorneys for Defendant:
FOOTHILL PLAZA SHOPPING CENTER, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOOTHILL PLAZA SHOPPING CENTER, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  5:20-cv-01749-DMG-SP<br><br>Hon.  Dolly M. Gee<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  August 28, 2020<br>Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, FOOTHILL PLAZA SHOPPING CENTER, LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: April 1, 2021	**MANNING LAW, APC**

By:	*/s/ Joseph R. Manning, Jr. Esq.*
	Joseph R. Manning, Jr., Esq.
	Attorneys for Plaintiff,
	James Rutherford

Dated: April 1, 2021	**STAPKE LAW, LLP**

By:	*/s/ Mark R. Stapke*
	Mark R. Stapke
	Attorney for Defendant,
	Foothill Plaza Shopping Center, LLC

## CERTIFICATE OF SERVICE

I certify that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: April 1, 2021	**MANNING LAW, APC**

By:	*/s/ Joseph R. Manning, Jr. Esq.*
	Joseph R. Manning, Jr., Esq.
	Attorneys for Plaintiff
	James Rutherford

|     |     |
| --- | --- |
| 1   | **SIGNATURE ATTESTATION** |

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 1, 2021                                      **MANNING LAW, APC**

                                                                  By:     */s/ Joseph R. Manning, Jr.  Esq.*
                                                                           Joseph R. Manning, Jr., Esq.
                                                                           Attorneys for Plaintiff
                                                                           James Rutherford