UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>FOOTHILL PLAZA SHOPPING CENTER, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No.: ED CV 20-1749-DMG (SPx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [29]** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford and Defendant Foothill Plaza Shopping Center, LLC, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 20, 2021

                                                DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE